LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | CV 15-00153 BRO (SPx) | Date | February 6, 2015 |
|---|---|---|---|
| Title | AMERICAN WESTERN DOOR & TRIM V. ARCH SPECIALTY INSURANCE CO. ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

A federal court must determine its own jurisdiction even if there is no objection. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339, 342 (9th Cir. 1996). Because federal courts are of limited jurisdiction, they possess original jurisdiction only as authorized by the Constitution and federal statute. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Original jurisdiction may be established pursuant to 28 U.S.C. § 1332(a). Under section 1332(a), a federal district court has jurisdiction over a civil action in which there is complete diversity of citizenship between the parties and the amount in controversy exceeds the sum or value of $75,000. Defendant Arch Specialty Insurance Company has filed a notice of removal pursuant to section 1332(a). While the Court is satisfied that complete diversity exists, Defendant has not demonstrated that the amount in controversy exceeds $75,000, nor is that information apparent from the face of the Complaint. Accordingly, the Court **ORDERS** Defendant to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction. Defendant must respond by **Friday, February 13, 2015 at noon**.

   **IT IS SO ORDERED.**                                                                                              :

                                                               Initials of Preparer          rf