LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 15-00153 BRO (SPx) | Date | April 15, 2015 |
|---|---|---|---|
| Title | AMERICAN WESTERN DOOR & TRIM V. ARCH SPECIALTY INSURANCE CO. ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE: FAILURE TO FILE AMENDED COMPLAINT

On March 18, 2015, the Court granted Defendant's motion to dismiss Plaintiff's Complaint with leave to amend. (Dkt. No. 19.) In doing so, the Court granted Plaintiff leave to file an amended complaint by no later than April 10, 2015, at 12 p.m. (Dkt. No. 19 at 15.) Yet as of today, Plaintiff has not filed any amended complaint. A district court may dismiss an action with prejudice when a plaintiff fails to file an amended complaint within the allotted time period. *See Yourish v. Cal. Amplifier*, 191 F.3d 983, 992 (9th Cir. 1999) ("[T]he district court did not abuse its discretion in dismissing Plaintiffs' case for failing to amend in a timely fashion."); *Tok Cha Kim v. CB Richard Ellis Haw., Inc.*, No. CIV 06-00099 HG-BMK, 2006 WL 3359222, at *4 (D. Haw. Nov. 16, 2006) ("[T]he district court has discretion to dismiss a complaint with prejudice as a sanction for the plaintiff's failure to amend within the time established by the court's order.").

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** as to why this action should not be dismissed with prejudice for failure to amend in the time allotted by the Court. An appropriate response to this order will include reasons demonstrating good cause for Plaintiff's failure to file an amended complaint by April 10, 2015. Plaintiff must file a response to this order as well as an amended complaint by **no later than Friday, April 24, at 4:00 p.m.**

IT IS SO ORDERED.

:

Initials of Preparer      rf